EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte<br><br>Ariel L. Méndez Andreu | 2010 TSPR 199<br><br>179 DPR \_\_\_\_ |

Número del Caso: TS-3155

Fecha: 22 septiembre de 2010

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Ariel L. Méndez Andreu

                                    3155

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, la Jueza Asociada señora Pabón Charneco y los Jueces Asociados señores Kolthoff Caraballo y Rivera García.

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de septiembre de 2010.

Examinada la Comunicación solicitando la Baja Voluntaria presentada por el Lcdo. Ariel L. Méndez Andreu, así como la comunicación de la Procuradora General, se le autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                        Aida Ileana Oquendo Graulau
                      Secretaria del Tribunal Supremo